IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JACKIE HUTTO,                    )
                                 )
    Plaintiff,                   )
                                 )    CIVIL ACTION NO.
    v.                           )     1:10cv074-MHT
                                 )         (WO)
HARTFORD LIFE AND ACCIDENT       )
INS. CO.,                        )
                                 )
    Defendant.                   )
```

FINAL SUBMISSION ORDER OF ENTIRE CASE

Based upon the representations made by counsel for all parties during a status conference on March 9, 2010, and with their agreement, it is ORDERED as follows:

(1) This lawsuit is set for final submission, without oral argument, on December 16, 2010.

(2) The parties are allowed until September 7, 2010 to complete discovery and the depositions of all persons whose testimony will be made a part of the evidentiary record.

(3) By September 21, 2010, the parties are jointly to develop and submit to the court a record of the evidence--depositions, stipulations, affidavits, etc.--that they intend the court to rely upon.  The record should be sequentially numbered, that is, Bates-stamped, such that the parties and the court can quickly refer to the entire record by page number.  If the record is more than 200 pages, it should be broken down into volumes.  The record should begin with a table of contents that indicates the volume and Bates page number on which each document begins.

(4) Plaintiff Jackie Hutto is to file her brief by November 4, 2010.

(5) Defendant Hartford Life and Accident Insurance Company is to file its brief by December 2, 2010.

(6) Hutto may file a reply brief by December 16, 2010.

(7) When the parties refer to evidence in their briefs, they must cite the specific document, volume, and

Bates-stamped page number where the evidence can be found in the evidentiary record.  A brief that fails to comply with these requirements will be struck.

(8) In light of this agreed-upon disposition without a trial, the parties are no longer to file dispositive motions, that is, summary-judgment or dismissal motions.

DONE, this the 10th day of March, 2010.

                             /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE